## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GROBERT HAMANN
*on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

      **Plaintiff,**

      -against-

ROSS WINDOWS CORP, *et al.*,

      **Defendants.**

Case No. 18 CV 1422

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**If you are or were employed as a non-exempt employee at ROSS WINDOWS CORP. at any time between February 16, 2015 and the present, complete and mail this Consent Form by October 25, 2018 to:**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Plaintiff Grobert Hamann or his counsel Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Guillermo Sanchez_____

Address: _____

City: _____    State: _____ , _____ Zip: _____

Telephone Number _____   ıcial Security No. _____

E-mail Address: _____ _____

SIGNATURE: _____[signature]_____   Date: _10/17/2018_