# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GROBERT HAMMAN, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>                                    Plaintiff,<br>    v.<br><br>ROSS WINDOW CORP., MARTIN ROSENBERG, MICKY ROSS and EVAN ROSS,<br><br>                                    Defendants. | Case No.: 18-CV-01422<br><br>Briccetti, V.<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: October 23, 2019          Respectfully submitted,

                                           **LEE LITIGATION GROUP, PLLC**

                             By:     /s/ C.K. Lee
                                              C.K. Lee, Esq.
                                              148 West 24th Street, Eighth Floor
                                              New York, NY 10011
                                              Tel.: 212-465-1188
                                              *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*