**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GROBERT HAMANN, *on behalf of himself, FLSA Collective Plaintiffs and the Class*, <br><br>                    Plaintiff, <br><br> v. <br><br> ROSS WINDOW CORP., MARTIN ROSENBERG, MICKY ROSS and EVAN ROSS, <br><br>                    Defendants. | Case No.: 18-cv-01422 <br><br> Briccetti, V. <br><br><br> **NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and (iii) Unopposed Motion for Approval of Class Representatives' Service Awards, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order: (1) awarding Class Counsel $150,000 in attorneys' fees, which is approximately one-third of the Settlement Fund established by Defendants, plus costs and expenses in the amount of $5,405.11, to be paid from the Settlement Fund; and (2) awarding Arden Claims Service LLC, as Settlement Administrator, administration fees of $30,000, to be paid from the Settlement Fund.

Dated: October 23, 2019

Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By: /s/ C.K. Lee
C.K. Lee (CL 4086)
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*